KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
CUNNINGHAM DUCT WORK
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...........................................................................x
IN RE LOWER MANHATTAN DISASTER SITE     21 MC 102 **(AW)**
LITIGATION
...........................................................................x
SEGUNDO LEON                             **DOCKET NO.**
                                         **07-CV-08283-AKH**

       Plaintiff,

 -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,    **NOTICE OF ADOPTION**
BANKERS TRUST COMPANY, BOROUGH OF        **OF ANSWER TO**
MANHATTAN COMMUNITY COLLEGE, BT          **MASTER COMPLAINT**
PRIVATE CLIENTS CORP., CUNNINGHAM DUCT
CLEANING CO., DEUTSCHE BANK
TRUST COMPANY, DEUTSHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, GPS
ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., MERRILL LYNCH & CO.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., THE BANK OF NEW YORK TRUST COMPANY
NA., TISHMAN INTERIORS CORPORATION, TRC
ENGINEERS, INC., TULLY CONSTRUCTION
CO., INC., TULLY INDUSTRIES, INC., and
ZAR REALTY MANAGEMENT CORP., et al.

       Defendants.
...........................................................................x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint)

Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM DUCT CLEANING CO., INC., demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
    November 30, 2007

                        Respectfully submitted,
                        RUSSO, KEANE & TONER, LLP

                        By:    s/ Kevin G. Horbatiuk
                            KEVIN G. HORBATIUK (KGH-4977)
                        26 Broadway Suite 2800
                        New York, New York 10004
                        (212) 482-0001
                        Attorneys for Defendant
                        CUNNINGHAM DUCT WORK
                        RKT File No.: 824.078

TO:    CHRISTOPHER R. LoPALO, ESQ., (CL-6466)
         WORBY GRONER EDELMAN NAPOLI & BERN, LLP
         Attorney for Plaintiffs
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of November, 2007, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT CUNNINGHAM DUCT CLEANING WORK with the Clerk of the Court using the CM/ECF System which sends notification of appearing parties.

                RUSSO, KEANE & TONER, LLP

                By:  s/Kevin G. Horbatiuk
                    Kevin G. Horbatiuk (KGH-4977)
                Attorneys for Defendant
                CUNNINGHAM DUCT CLEANING WORK
                26 Broadway - 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File # 820.078