UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

---------------------------------------------------------------X
SEGUNDO LEON,                                              : 07-CV-08283-AKH

                Plaintiff,

                                                                        **APPEARANCE**

   - against -

                                                                        **ELECTRONICALLY FILED**

100 CHURCH LLC., *et al.*,

                Defendants.
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                    By:    /s/ Judith R. Cohen
                                              _____

                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501

                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.

DOCSNY-287516